[No. 33869-0-III.  Division Three.  September 27, 2016.]

PATRICIA JONSON, *Appellant*, v. SEARS, ROEBUCK & CO., *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-2-02739-4, Vic L. VanderSchoor, J., entered October 16, 2015. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J.; Korsmo, J., dissenting.

[No. 33061-3-III.  Division Three.  September 29, 2016.]

KPS MANAGEMENT, *Appellant*, v. EUKENIO ESWINI ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-2-02806-1, Kathleen M. O'Connor, J., entered December 22, 2014. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 33279-9-III.  Division Three.  September 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN SANTOS CASTRO, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 13-1-00354-5, Scott R. Sparks, J., entered April 3, 2015. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Lawrence-Berrey, JJ.

[No. 33734-1-III.  Division Three.  September 29, 2016.]

*In the Matter of the Personal Restraint of* TROY R. HOLWAY, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.